CASE NO. 20-50908

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

TAP PILAM COAHUILTECAN NATION; SAN ANTONIO MISSION CEMETERY ASSOCIATION; RAYMOND HERNANDEZ,
*Plaintiffs – Appellants*

v.

DOUGLASS W. MCDONALD, CEO OF THE ALAMO TRUST; GEORGE P. BUSH, COMMISSIONER OF THE GENERAL LAND OFFICE OF THE STATE OF TEXAS,
*Defendants – Appellees*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION
CIVIL ACTION NO. 5:19-CV-1084

## JOINT MOTION TO DISMISS WITH PREJUDICE

Manuel Mungia, Jr.
Matthew E. Pepping
Blake W. Stribling
CHASNOFF MUNGIA VALKENAAR
PEPPING & STRIBLING, LLP
1020 N.E. Loop 410, Ste. 150
San Antonio, TX 78209
Telephone: (210) 469-4155

mmungia@chasnoffstribling.com
mpepping@chasnoffstribling.com
bstribling@chasnoffstribling.com

COUNSEL FOR APPELLEE DOUGLASS W. MCDONALD


James Brandon Hughes
Donato D. Ramos, Jr.
LAW OFFICES OF DONATO D. RAMOS, PLLC
6721 McPherson Road, Suite 350
Laredo, Texas 78041
Telephone: (956) 722-9909

donatoramosjr@ddrlex.com
bhughes@ddrlex.com

Counsel for Appellee George P. Bush, Commissioner of the General Land Office of the State of Texas

Adrian Anthony Spears, II
Martinez de Vara Law Firm, PLLC
PO Box 377
Von Ormy, Texas 78073
210.462.7753 direct
210.622.0323 office
210.622.4021 fax

adrian@sierraspears.com

Attorney of Record for Raymond Hernandez, San Antonio Mission Cemetery Association, Tap Pilam Coahuiltecan Nation

Appellee Douglass W. McDonald ("McDonald"), Appellee George P. Bush ("Bush"), and Appellants Tap Pilam Coahuiltecan Nation, San Antonio Mission Cemetery Association, and Raymond Hernandez (collectively, "Tap Pilam," and together with Bush and McDonald, the "Parties") respectfully submit this Joint Motion to Dismiss with Prejudice pursuant to Federal Rule of Appellate Procedure 42(b) and would show the Court as follows:

1. On September 10, 2019, Tap Pilam filed the underlying lawsuit in the United States District Court for the Western District of Texas, San Antonio Division, styled *Tap Pilam Coahuiltecan Nation et al v. Alamo Trust, Inc., et al.*, Civil Action No. 5:19-cv-1084 (the "Underlying Lawsuit").

2. On September 23, 2020, the trial court granted Motions to Dismiss filed by Defendants George P. Bush, Commissioner of the Texas General Land Office, and Douglass W. McDonald.

3. Tap Pilam filed its appeal October 23, 2020.

4. Briefing was completed May 17, 2021.

5. The Appeal was set for oral argument on November 4, 2021. The Parties attended a mediation on October 11, 2021, during which the Parties made significant progress towards settlement.

6. On October 13, 2021, the Parties requested the court to continue the oral argument to a date beyond November 19, 2021, to allow the Parties to continue settlement negotiations.

7. On October 14, 2021 the court granted the joint motion to continue oral argument, with the parties submitting a joint status report every thirty (30) days.

8. Pursuant to that Order, the Parties file this joint motion to dismiss notifying the Court that Alamo Trust and Tap Pilam have finalized the settlement documents that resolve this matter.

9. In accordance with that agreement and pursuant to Federal Rule of Appellate Procedure 42(b), the Parties ask the Court to dismiss this appeal with prejudice, with all costs and fees to be borne by the Party that incurred them.

Date: June 22, 2022

Respectfully submitted,

/s/ *Manuel Mungia, Jr.*
Manuel Mungia, Jr.
Texas State Bar No. 24060310
Matthew E. Pepping
Texas State Bar No. 24065894
Blake W. Stribling
Texas State Bar No. 24070691
CHASNOFF MUNGIA VALKENAAR PEPPING & STRIBLING LLP
1020 N.E. Loop 410, Ste. 150
San Antonio, TX 78209
Telephone: (210) 469-4155

mmungia@chasnoffstribling.com
mpepping@chasnoffstribling.com
bstribling@chasnoffstribling.com

COUNSEL FOR APPELLEE DOUGLASS W. MCDONALD

/s/ *James Brandon Hughes*
James Brandon Hughes
Texas State Bar No. 24071094
Donato D. Ramos, Jr.
Texas State Bar No. 24041744

LAW OFFICES OF DONATO D. RAMOS, PLLC
6721 McPherson Road, Suite 350
Laredo, Texas 78041
Telephone: (956) 722-9909

donatoramosjr@ddrlex.com
bhughes@ddrlex.com

COUNSEL FOR APPELLEE GEORGE P. BUSH, COMMISSIONER OF THE GENERAL LAND OFFICE OF THE STATE OF TEXAS

/s/*Adrian Anthony Spears, II*
Adrian Anthony Spears, II
Texas Bar No 2409318
MARTINEZ DE VARA LAW FIRM, PLLC
PO Box 377
Von Ormy, Texas 78073
210.462.7753 direct
210.622.0323 office
210.622.4021 fax

adrian@sierraspears.com

ATTORNEY OF RECORD FOR RAYMOND HERNANDEZ, SAN ANTONIO MISSION

3

CEMETERY ASSOCIATION, TAP PILAM COAHUILTECAN NATION

## CERTIFICATE OF SERVICE

I certify that on June 22, 2022, this motion was filed using the United States Court of Appeals for the Fifth Circuit's CM/ECF filing system and all counsel of record were served via the Court's electronic Notice of Docket activity or electronic mail pursuant to Fifth Circuit Rule 25.2.5.

/s/ Manuel Mungia, Jr.

# CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) and Fifth Circuit Rule 27.4 because this motion contains fewer than the 5,200 words permitted, excluding the parts exempted by Fed. R. App. P. 32(f).

2. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally-spaced typeface using Microsoft Word in 14-point Times New Roman font.

Dated: June 22, 2022

/s/ Manuel Mungia, Jr.
CHASNOFF MUNGIA VALKENAAR
PEPPING & STRIBLING, LLP
1020 N.E. Loop 410, Ste. 150
San Antonio, TX 78209

COUNSEL FOR APPELLEE DOUGLASS W. MCDONALD